# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Boulevard,, Albany, New York 12211

Andrea E. Celli, Esq.  Telephone: (518) 449-2043   For payments Only:
Trustee              Facsimile: (518) 449-2473   P.O Box 1918
Bonnie Baker, Esq.                               Memphis, TN 38101-1918
Assoc. Attorney

September 23, 2011

Bankruptcy Court
James T. Foley U.S. Courthouse
445 Broadway, Suite 306
Albany, New York 12207

Re:   07-11478          Rita A. Patrick

To Whom It May Concern:

   Enclosed please find check #922969 in the amount of $1.00. The amount represents an over payment of the plan from the debtor(s) in this case. All attempts to return these funds to the debtor have been unsuccessful. Our records reflect the debtor's name and address is as follows:

   Debtor Refund:   Rita A. Patrick
                    139 Hudson Ave
                    Green Island, NY 12183

Very truly yours,

*Cheryl Corning*
Cheryl Corning
Office of Andrea Celli

FILED
SEP 26 2011
OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY